IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| SELECT RETRIEVAL, LLC,<br><br>            Plaintiff,<br><br>    v.<br><br>L. L. BEAN, INC.,<br><br>            Defendant. | Civil Action No. 12-cv-00003-NT<br><br>**JURY TRIAL REQUESTED** |

### STIPULATION OF DISMISSAL OF L.L. BEAN, INC. AND INTERVENOR ADOBE SYSTEMS INCORPORATED WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED that all claims and counterclaims between Plaintiff Select Retrieval, LLC and Defendant L.L. Bean, Inc. and Intervenor Adobe Systems Incorporated in the above-captioned action are hereby dismissed with prejudice by agreement of the parties pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, pursuant to a covenant not to sue provided by Select Retrieval, attached hereto as Exhibit A. The parties stipulate and agree that each party shall bear its own costs, expenses and attorneys' fees in this action.

The parties further stipulate and agree that the Court shall retain jurisdiction of all disputes between the parties (and their successors in interest) arising out of the covenant not to sue, including but not limited to interpretation and enforcement of the terms of the covenant not to sue.

NOW, THEREFORE, the parties request that this Court dismiss with prejudice all claims and counterclaims between the parties in this action. The parties further request that the Court retain jurisdiction of all disputes arising out of the covenant not to sue attached as Exhibit A.

Dated: June 2, 2014

By: */s/ Steven R. Daniels*
    Steven R. Daniels (Admitted *Pro Hac Vice*)
    Maeghan Whitehead (Admitted *Pro Hac Vice*)
    FARNEY DANIELS PC
    800 S. Austin Ave., Suite 200
    Georgetown, TX 78626
    Telephone: (512) 582-2828
    Facsimile: (512) 582-2829
    Email: sdaniels@farneydaniels.com
    Email: mwhitehead@farneydaniels.com

    Peter L. Murray
    Maine Bar No. 1135
    MURRAY, PLUMB &MURRAY
    75 Pearl Street
    P.O. Box 9785
    Portland, Maine 04104-5085
    Tel: (207) 523-8220

    ***Attorneys for Plaintiff,***
    ***Select Retrieval, LLC***

By: */s/ Jerrol A. Crouter*
    Jerrol A. Crouter
    Adrianne E. Fouts
    Drummond Woodsum
    84 Marginal Way, Suite 600
    Portland, Maine 04101
    Tel: (207) 772-1941
    Fax: (20**7**) 772-3627
    jcrouter@dwmlaw.com
    afouts@dwmlaw.com

Attorneys for Intervenor
ADOBE SYSTEMS INCORPORATED

Attorneys for Defendant
L.L. BEAN, INC.

*Of counsel:*

Charlene M. Morrow (CSB No. 136411)
cmorrow@fenwick.com
Virginia K. DeMarchi (CSB No. 168633)
vdemarchi@fenwick.com
Amy E. Hayden (CSB No. 287026)

ahayden@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041
Telephone: 650.988.8500
Facsimile: 650.938.5200

## CERTIFICATE OF SERVICE

    I hereby certify that on June 2, 2014, I electronically filed Stipulation of Dismissal of L.L. Bean, Inc. and Intervenor Adobe Systems Incorporated With Prejudice with the Clerk of the Court using the CM/ECF system, which will send notification of such filings to counsel of record.

                                                                            */s/ Steven R. Daniels*  
                                                                            Steven R. Daniels